Case 1:14-cv-02943-LTB-KMT   Document 37   Filed 08/12/15   USDC Colorado   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-02943-LTB-KMT | Date: | August 12, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| PEGGY MONTOYA, | Andrew Bubb |
|    Plaintiff, | |
| v. | |
| ALLSTATE INSURANCE COMPANY, | Kurt Henkel |
|    Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING**

**1:33 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding review of the deposition transcript, counsels' request for supervision at the Plaintiff's deposition or having the deposition held at the courthouse, attorney conduct during the deposition, location of the deposition, and potentially assigning a special master for Allstate depositions.

Mr. Henkel states he would like to video tape all depositions going forward. The court indicates approval of this plan.

**ORDERED:   Plaintiff's deposition is set for August 31, 2015 at 2:00 p.m. Parties will meet in Courtroom C201 and proceed into the jury deliberation room. The court reporter is permitted to bring video equipment into the courthouse for purposes of the deposition. The court will supervise this deposition until conclusion.**

**ORDERED:   Defendant's Rule 30(b)(6) deposition as well as three Allstate fact witness employees' depositions are set for September 8, 2015 at 9:00 a.m. for the full day and, if needed, the afternoon of September 9, 2015. Parties will meet in**

**Courtroom C201 and proceed into the jury deliberation room. The court will determine at a later time if continuous court supervision is warranted. In any event, the court will be available to resolve issues as they may arise.**

**ORDERED:** **The following deadlines are extended as follows:**
- **Fact Discovery cut off -  September 30, 2015**
- **Disclosure of Affirmative Experts – September 30, 2015**
- **Disclosure of Rebuttal Experts – October 30, 2015**
- **Dispositive Motions – October 30, 2015**
- **Expert Discovery cut off – November 30, 2015**

**ORDERED:** **Defendant's Motion to Compel Plaintiff's Deposition and for Sanctions [30] is GRANTED IN PART as to the continued deposition of Plaintiff under court supervision and TAKEN UNDER ADVISEMENT as to the request for sanctions for attorney misconduct.**

**2:19 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:46

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.