IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-02943-LTB-KMT | Date: | December 3, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                          *Counsel:*

PEGGY MONTOYA,                                        Andrew Bubb

   Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,                Kurt Henkel

   Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**1:30 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding amending the answer to include affirmative defenses, re-deposing witnesses Jergensen and Kovac, and cost related to re-deposing witnesses.

**ORDERED:**   Defendant Allstate Insurance Company's Motion for Leave to Amend Its Answer and Add Affirmative Defenses [48] is GRANTED.

**ORDERED:**   Defendant Allstate Insurance Company's Second Motion for Leave to Amend Its Answer and Add Affirmative Defenses [55] is GRANTED.  The Clerk of the Court is directed to file Defendant's Second Amended Answer to Amended Complaint and Jury Demand [55-8].

Discussion regarding re-opening discovery to address the additional affirmative defenses.

**ORDERED:**   The parties are permitted to conduct additional discovery, limited to the new allegations in the affirmative defenses.  Defendant shall provide amended discovery responses, as discussed, on or before December 11, 2015.  Plaintiff shall serve any written discovery on or before December 18, 2015.  The

> **additional discovery shall be completed on or before February 29, 2016, as discussed. Limitations are set forth below:**
>
> - **Each side shall be limited to 4 depositions.**
> - **Each deposition shall not exceed 3 hours.**
> - **Each side shall be limited to 10 interrogatories and 10 requests for admission.**

Discussion and argument regarding November 9, 2015 disclosure of Plaintiff's workout partner.

**2:03 p.m.    Court in recess.**

Hearing concluded.
Total in-court time   00:33

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.